# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

In Re: Debtor(s) (name(s) and address)  )
Keith A Warner  )
xxx−xx−1972  )
1535 E. 24th Ave.  ) Case Number: 13−21799−kl
Lake Station, IN 46405  )
  )
Kathy A Warner  )
xxx−xx−8574  )
1535 E. 24th Ave.  )
Lake Station, IN 46405  )
  ) Chapter: 13
  )
  )
  )
  )
  )

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM

To: CAPITAL ONE BANK NA

You are hereby notified that on May 30, 2014, PRA RECEIVABLES MANAGEMENT LLC filed a notice stating that a claim you hold (Claim No. 8, 9), which was previously filed or deemed filed in this case, has been transferred or assigned to it.

Any objections to the transfer must be filed within 28 days of the date of this notice. If no objections are filed within the time required, the transferee will be substituted as the creditor in your place without further order. See, Fed. R. Bankr. P. Rule 3001.

Dated at Hammond, Indiana, on May 30, 2014 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320